PATRICIA HORST, Respondent, v OWEN LLOYD BROWN, Appellant.

Decided June 29, 2010

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution.

---

CONSTANTINEE L. JACKSON, Appellant, v STATE OF NEW YORK, Respondent.

Submitted May 17, 2010; decided June 29, 2010

Motion for reconsideration of this Court's April 6, 2010 dismissal order denied [see 14 NY3d 825 (2010)].

---

LT PROPCO, LLC, Appellant, v CAROUSEL CENTER COMPANY, L.P., et al., Respondents. (And Other Actions.)

Submitted May 10, 2010; decided June 29, 2010

Motion, insofar as it seeks leave to appeal as against defendant Carousel Center Company, L.P., dismissed as untimely; motion, insofar as it seeks leave to appeal as against defendant City of Syracuse Industrial Development Agency, denied.

Judge PIGOTT taking no part.